IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 13 |
| | ) | |
| ALBERT F. STUBENVOLL, JR. | ) | 10 B 04695 |
| | ) | |
| Debtor | ) | JUDGE BRUCE W. BLACK (Joliet Court) |

## N O T I C E  O F  M O T I O N

TO:  see attached service list

    PLEASE TAKE NOTICE that on the 19th day of February, 2010 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **BRUCE W. BLACK**, Bankruptcy Judge, in Courtroom 201, at the Will County Court Annex, 57 North Ottawa Street, Joliet, Illinois, and then and there present the attached **Motion to Extend the Automatic Stay**, at which time and place you may appear, if you so see fit.

                                                _/s/ Marc C. Scheinbaum_
                                                Marc C. Scheinbaum (# 6180394)
                                                P. O. Box 5009
                                                Vernon Hills, IL  60061
                                                847-636-4676

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss | |
| COUNTY OF C O O K | ) | |

    I, Marc C. Scheinbaum, duly sworn on oath, state that I placed a copy of the attached Notice and Motion in a properly addressed, stamped and sealed envelope and deposited same in the U. S. Mails at Vernon Hills, IL, or served by electronic notice, as noted on the attached service list, this 10th day of February, 2010.

                                                  _/s/ Marc Scheinbaum_

SERVICE LIST

Office of the U S Trustee          (electronic notice)
219 South Dearborn Street
Suite 873
Chicago, IL  60604

Glenn Stearns, Trustee
4343 Commerce Court, #120
Lisle, IL  60532

Albert Stubenvoll, Jr.
15704 Cove Circle
Plainfield, IL  60544

Caton Crossing Community Association
c/o First Management Solutions
117 E. 9th Street
Lockport, IL  60441

U.S. Bank Home Mortgage
P.O. Box 20005
Owensboro, KY  42304-0005

U.S. Bank, NA
c/o Codilis & Associates
15 W 030 N. Frontage Road, suite 100
Burr Ridge, IL  60527

Capital One Master Card
P.O. Box 30285
Salt Lake City, UT  84130-0285

City of Chicago (red light violation)
Department of Revenue
P.O. Box 88292
Chicago, IL  60680-1292

Comcast Cable
1711 E. Wilson Street
Batavia, IL  60510-1470

Commonwealth Edison
2100 Swift Road
Bankruptcy Section / System Credit
Oak Brook, IL  60523

Farmers Insurance Group
c/o Creditors Collection Services
Two Wells Ave., Dept 9134
Newton, MA  02459

IGS Energy Inc
c/o Recovery One, LLC
P O Box 20404
Columbus, OH  43220-0404

Miller's Landscaping
c/o Fidelity Information Corp
P.O. Box 1312
Plainfield, IL  60544

Nicor Gas
P.O. Box 2020
Aurora, IL  60507-2020

U S Bank, NA
c/o United Recovery Systems
5800  North Course Drive
Houston, TX  77072

U.S. Cellular Telephone
P.O. Box 7835
Madison, WI  53707-7835

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 13 |
| | ) | |
| ALBERT F. STUBENVOLL, JR., | ) | 10 B 04695 |
| | ) | |
| Debtor | ) | Judge BRUCE W. BLACK |
| | ) | (Joliet Court) |

## MOTION TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

Now comes **ALBERT F. STUBENVOLL, JR.,** Debtor herein, by and through Marc C. Scheinbaum, and in support of his Motion to Extend the Automatic Stay as to All Creditors pursuant to 11 USC 362(c)(3)(B), respectfully represents unto this Honorable Court as follows:

1. On February 8, 2010, the Debtor filed his Chapter 13.

2. This case is filed in good faith.

3. The Debtor had a prior Chapter 13 pending within the past year. His case, **09 B 09296**, was filed on March 19, 2009 and was **dismissed on September 11, 2009.**

4. The reason that his last case failed was that the Debtor and his wife were having serious martial problems.

5. The Debtor and his wife have since resolved their martial problems and are now committed to saving their residence.

6. There are no substantial changes in income. (see exhibit A : prior schedules I and J and exhibit B: current schedules I and J)

7. The proposed plan in the instant case is different from the plan in the prior case in that the Debtor and his wife have resolved their martial issues. Also, the plan proposes a 100% distribution to all creditors who file timely claims.

8. This Honorable Court's Standing Order No. 16 apparently specifically acknowledges that the basis for a Motion to Extend the Automatic Stay includes "… the substantial change in the financial or *personal affairs of the Debtor(s),* …." (emphasis added).

9. The Debtor's Affidavit in Support of this motion is attached as exhibit C.


WHEREFORE, ALBERT F. STUBENVOLL, JR., Debtor herein, prays for the entry of an Order Extending the Automatic Stay as to All Creditors, pursuant to 11 USC 362(c)(3)(B), and for such other and further relief as the Court shall deem proper.


                BY:   /s/ Marc C. Scheinbaum
                       MARC C. SCHEINBAUM (# 6180394)
                       Attorney for Debtor


MARC C. SCHEINBAUM (# 6180394)
SCHEINBAUM & WEST, LLC
P. O. Box 5009
Vernon Hills, IL  60061
847-636-4676
Fax:  847-362-1665