IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: ) CHAPTER 13
 )
ALBERT F. STUBENVOLL, JR ) 10 B 04695
 )
Debtor )
 ) Judge Bruce W. Black
 ) (Joliet Court)

## ORDER EXTENDING AUTOMATIC STAY AS TO ALL CREDITORS

THIS CAUSE coming on to be heard on the motion of ALBERT F. STUBENVOLL, JR, to Extend the Automatic Stay as to All Creditors, due notice having been given and the Court being fully advised;

THIS COURT FINDS that because the Debtor has resolved serious marital issues between himself and his wife, there exists a change in the Debtor's circumstances to warrant the continuation of the automatic stay as to all creditors.

IT IS HEREBY ORDERED that the automatic stay is extended to all Creditors pursuant to 11 USC 362(c)(3)(B).

date:

0 5 MAR 2010

ENTERED:

_____
Judge BRUCE W. BLACK

MARC C. SCHEINBAUM (#6180394)
SCHEINBAUM & WEST, LLC
P.O. Box 5009
Vernon Hills, IL 60061-5009
847-636-4676
Fax: 847-362-1665